Robert J. Cosgrove (RC 8917)
Cheryl D. Fuchs (CF 1116)
WADE CLARK MULCAHY
111 Broadway, 9th Floor
New York, New York 10006
(212) 267-1900
Attorneys for Defendants: New York University and
New York University Real Estate Corporation

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
IN RE: WORLD TRADE CENTER LOWER
MANHATTAN DISASTER SITE LITIGATION                    21 MC 102 (AKH)
                                                                            08 CV 2642 (AKH)
-----------------------------------------------------------------------X
ANDRZEJ KORZEP
(AND WIFE, MALGONZATA KORZEP),

                                                    **FED. R. CIV. P. 7.1**
                                                    **STATEMENT**
                       Plaintiff,

-against-

NEW YORK UNIVERSITY

                              Defendants.
-----------------------------------------------------------------------X

       Pursuant to Rule 7.1 of the Local Civil Rules of the Southern District of New York and to enable Judges and Magistrates of the Court to evaluate possible disqualification or recusal, the undersigned attorney of record for the defendant, certifies that NEW YORK UNIVERSITY is not publicly owned or traded.

Dated: New York, New York
       June 11, 2008                 WADE CLARK MULCAHY

                                     /s/
                                     _____
                                     By: Robert J. Cosgrove (RC 8917)
                                     Cheryl D. Fuchs (CF 1116)
                                     Attorneys for NYU Defendants

111 Broadway, 9th Floor
New York, New York 10006
(212) 267-1900

STATE OF NEW YORK )
COUNTY OF NEW YORK ) ss:

Nicole Marcano, being duly sworn, deposes and says:

That I am not a party to the within action, am over 18 years of age and reside in Bronx, New York.

That on June 11, 2008, deponent served the within **Fed. R. Civ. P. 7.1 Statement** upon the attorneys and parties listed below by United States prepaid mail:

TO:

Gregory J. Cannata, Esq.
THE LAW FIRM OF GREGORY J. CANNATA
Plaintiffs's Liaison Counsel
233 Broadway
New York, NY 10279

Robert Grochow, Esq.
ROBERT A. GROCHOW, P.C.
Plaintiffs's Liaison Counsel
233 Broadway
New York, NY 10279

David Worby, Esq.
WORBY GRONER EDELMAN & NAPOLI BERN, LLP
Plaintiffs's Liaison Counsel
115 Broadway
New York, NY 10006

James E. Tyrrell, Jr., Esq.
PATTON BOGGS LLP
Defendants' Liasion Counsel
The Legal Center
One Riverfront Plaza
Newark, NJ 07102

Richard Williamson, Esq.
FLEMMING ZULACK WILLIAMSON ZAUDERER, LLP
Defendants' Liaison Counsel
One Liberty Plaza
New York, NY 10006

WILSON ELSER, ET AL
Attorneys for Battery Park City Authority
3 Gannett Drive
White Plains, NY 10604

ESCHEN, FRENKLE & WEISMAN, LLP
Attorneys for Lionshead Development, LLC
20 West Main Street
Bay Shore, NY 11706

ESCHEN, FRENKLE & WEISMAN, LLP
Attorneys for Lionshead 110 Development, LLC
20 West Main Street
Bay Shore, NY 11706

DICKSTEIN SHAPIRO MORIN & OSHINSKY, LLP
2101 L. Street N.W.
Washington, DC 20037

/s/
_____
Nicole Marcano

Sworn to before me this
11th day of June 2008

/s/
_____
Notary Public