Richard S. Mills, Esq. (RM-0206)
John P. Cookson, Esq. (JPC-9391)
McElroy, Deutsch, Mulvaney & Carpenter, LLP
Wall Street Plaza
88 Pine Street, 24th Floor
New York, New York 10005
(212) 483-9490
*Attorneys for Defendant*
*Ambient Group, Inc.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: WORLD TRADE CENTER LOWER MANHATTAN DISASTER SITE LITIGATION | 21 MC 102 (AKH) |
| ANDRZEJ KORZEP, ET. AL., <br><br> Plaintiffs, <br><br> -against- <br><br> 160 WATER ST., INC., ET. AL., <br><br> Defendants. | INDEX NO.: 08-CV- 02642 (AKH) <br><br> **NOTICE OF APPEARANCE** <br><br> **ELECTRONICALLY FILED** |

COUNSELOR:

   PLEASE TAKE NOTICE that Defendant, AMBIENT GROUP, INC., by its attorneys, McElroy, Deutsch, Mulvaney & Carpenter, LLP, hereby appears in the above-entitled action, and that the undersigned have been retained as attorneys for said defendant and demand that copies of all papers in this action be served upon the undersigned at the office and address stated below.

Dated: New York, New York
   June 10, 2008

                 Yours etc.,

                 McElroy, Deutsch, Mulvaney & Carpenter, LLP


*Attorneys for Defendant*
*Ambient Group, Inc.*

By:  s/ John P. Cookson
    Richard S. Mills (RM-0206)
    John P. Cookson (JPC-9391)
    Wall Street Plaza
    88 Pine Street, 24th Floor
    New York, New York 10005
    (212) 483.9490

TO:    Worby Groner Edelman & Napoli Bern, LLP
    115 Broadway, 12th Floor
    New York, New York 10006
    (212) 267.3700

    Gregory J. Cannata, Esq.
    Robert A. Grochow, Esq.
    233 Broadway, 5th Floor
    New York, New York 10279
    (212) 553.9206

    James E. Tyrrell, Jr., Esq.
    Patton Boggs LLP
    One Riverfront Plaza
    Newark, New Jersey 07102
    (973) 848.5600

    Thomas A. Egan, Esq.
    Fleming Zulack Williamson Zauderer, LLP
    One Liberty Plaza
    New York, New York 10006-1404
    (212) 412.9500


## CERTIFICATION OF SERVICE

I hereby certify that on the 10th day of June 2008, I electronically filed the foregoing NOTICE OF APPEARANCE BY DEFENDANT AMBIENT GROUP, INC., with the Clerk of the Court using the CM/ECF System which sends notification to appearing parties.

McElroy, Deutsch, Mulvaney & Carpenter LLP

By: _s/ John P. Cookson_____
Richard S. Mills (RM-0206)
John P. Cookson (JPC-9391)
*Attorneys for Defendant*
*Ambient Group, Inc.*
Wall Street Plaza
88 Pine Street, 24th Floor
New York, New York 10005
(212) 483-9490