UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

IN RE WORLD TRADE CENTER LOWER : 21 MC 102 (AKH)
MANHATTAN DISASTER SITE LITIGATION :

-----------------------------------------------------------------X
ANDRZEJ KORZEP (AND WIFE, : 08-CV-002642-AKH
MALGONZATA KORZEP),

                    Plaintiffs, : **APPEARANCE**

   - against - : **ELECTRONICALLY FILED**

160 WATER ST., INC., *et al.*,

                    Defendants. :
-----------------------------------------------------------------X

To the Clerk of this Court and all parties of record:

Enter my appearance as counsel in this case for:

**MERRILL LYNCH & CO., INC.**

I certify that I am admitted to practice in this court.


Dated: New York, New York         DICKSTEIN SHAPIRO LLP
       June 26, 2008

                    By:   /s/ Judith R. Cohen
                                  _____
                           Judith R. Cohen (JC-8614)
                           1177 Avenue of the Americas
                           New York, New York 10036
                           Phone: (212) 277-6500
                           Fax: (212) 277-6501

                           *Attorney for Defendant*
                           MERRILL LYNCH & CO., INC.

DOCSNY-314126